1
2
3
4
5

VANDEBERG JOHNSON & GANDARA, LLP
One Union Square, Suite 2424
600 University Street
Seattle, Washington  98101-1192
Telephone: (206) 464-0404
Facsimile: (206) 464-0484

Daniel Gandara (CBN 61220)
Attorneys for Plaintiff Herman Pearl Company

6

7                     UNITED STATES DISTRICT COURT

8                FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10
11
12
13
14
15
16
17
18

| | |
|---|---|
| HERMAN PEARL COMPANY, a Washington Corporation, ) <br> ) <br> Plaintiff, ) <br> ) <br> v.  ) <br> ) <br> GLOBAL FREIGHT SERVICES, LLC, a California Corporation; D&P ENTERPRISES, INC, a Nevada Corporation; ROBERT BARRIENTOS, individually and dba ROBAR TRANSPORTATION COMPANY, ) <br> ) <br> Defendant. ) | No. 2:11-cv-00711 JAM EFB <br><br> STIPULATION AND ORDER OF DISMISSAL OF D & P ENTERPRISES INC. ONLY |

19

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff, Herman Pearl

20  Company, acting through Vandeberg Johnson & Gandara, LLP attorney of record, Daniel Gandara, and

21  the Defendant, D & P Enterprises, Inc., acting through Evers Law Group attorney of record, Geoffrey

22  Owen Evers, that the above entitled action may be dismissed as to Defendant D & P Enterprises, Inc.

23  only with prejudice and without costs, this matter having been fully settled and compromised between

24  Plaintiff and Defendant D & P Enterprises, Inc. only.

25

26

STIPULATION AND ORDER OF DISMISSAL - 1

1

2

3          DATED this ____ day of _____, 2012.

4

5                                        Respectfully submitted,

6                                        VANDEBERG JOHNSON & GANDARA LLP

7

8    Dated:

9    July _____, 2012                  ___/s/_____

10                                        By:  Daniel Gandara, CBA#61220
                                          Attorney for Plaintiff Herman Pearl Company

11

12                                        EVERS LAW GROUP

13   Dated:

14   July _____, 2012                  ___/s/_____

15                                        By:  Geoffrey Owen Evers, CBA#140541
                                          Attorney for Defendant D & P Enterprises, Inc.

16   ///
     ///
17   ///
     ///
18   ///
     ///
19   ///
     ///
20   ///
     ///
21   ///
     ///
22   ///
     ///
23   ///
     ///
24   ///

25

26

STIPULATION AND ORDER OF DISMISSAL - 2

1

2

<u>**ORDER**</u>

3

**THIS MATTER** having come on before the undersigned Judge of the above entitled court,

4

based on the foregoing Stipulation, now, therefore,

5

**IT IS HEREBY ORDERED** that this action shall be dismissed with prejudice and without

6

costs as to Defendant D & P Enterprises, Inc. **only**.

7

**DATED** this 19th day of July, 2012.

8

9

10

11

/s/ John A. Mendez
Hon. John A. Mendez
United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND ORDER OF DISMISSAL - 3