1  VANDEBERG JOHNSON & GANDARA, LLP
   One Union Square, Suite 2424
2  600 University Street
   Seattle, Washington 98101-1192
3  Telephone: (206) 464-0404
   Facsimile: (206) 464-0484
4
   Daniel Gandara (CBN 61220)
5  Attorneys for Plaintiff Herman Pearl Company

6

7                    UNITED STATES DISTRICT COURT

8                  FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 HERMAN PEARL COMPANY, a Washington )
   Corporation,                       )
11                                    )   No. 2:11-cv-00711 JAM EFB
                            Plaintiff,)
12                                    )
        v.                            )   STIPULATION AND ORDER OF
13                                    )   DISMISSAL OF D & P ENTERPRISES INC.
   GLOBAL FREIGHT SERVICES, LLC, a    )   ONLY
14 California Corporation; D&P ENTERPRISES, )
   INC, a Nevada Corporation; ROBERT  )
15 BARRIENTOS, individually and dba ROBAR )
   TRANSPORTATION COMPANY,            )
16                                    )
                            Defendant.)
17                                    )

18

19      **IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff, Herman Pearl

20 Company, acting through Vandeberg Johnson & Gandara, LLP attorney of record, Daniel Gandara, and

21 the Defendant, D & P Enterprises, Inc., acting through Evers Law Group attorney of record, Geoffrey

22 Owen Evers, that the above entitled action may be dismissed as to Defendant D & P Enterprises, Inc.

23 only with prejudice and without costs, this matter having been fully settled and compromised between

24 Plaintiff and Defendant D & P Enterprises, Inc. only.

25

26

STIPULATION AND ORDER OF DISMISSAL - 1

1
2
3        DATED this ____ day of _____, 2012.
4
5                                         Respectfully submitted,
6                                         VANDEBERG JOHNSON & GANDARA LLP
7
8   Dated:
9   July _____, 2012              __/s/_____
                                         By:  Daniel Gandara, CBA#61220
10                                       Attorney for Plaintiff Herman Pearl Company
11
12                                       EVERS LAW GROUP
13  Dated:
14  July _____, 2012              ___/s/_____
                                         By:  Geoffrey Owen Evers, CBA#140541
15                                       Attorney for Defendant D & P Enterprises, Inc.
16  ///
    ///
17  ///
    ///
18  ///
    ///
19  ///
    ///
20  ///
    ///
21  ///
    ///
22  ///
    ///
23  ///
    ///
24  ///
25
26

STIPULATION AND ORDER OF DISMISSAL - 2

**ORDER**

**THIS MATTER** having come on before the undersigned Judge of the above entitled court, based on the foregoing Stipulation, now, therefore,

**IT IS HEREBY ORDERED** that this action shall be dismissed with prejudice and without costs as to Defendant D & P Enterprises, Inc. **only**.

**DATED** this 19th day of July, 2012.

/s/ John A. Mendez
Hon. John A. Mendez
United States District Judge

STIPULATION AND ORDER OF DISMISSAL - 3